**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **HISTORIC RESTORATION, INC., ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-5339** |
| **HUNT CAPITAL PARTNERS, LLC., ET AL.** | **SECTION "O"** |

## CONDITIONAL ORDER OF DISMISSAL

United States Magistrate Judge van Meerveld has informed the Court that this case settled during a January 30, 2024 settlement conference.[1]

Accordingly,

**IT IS ORDERED** that this action is dismissed without costs and without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within sixty days. The Court retains jurisdiction for all purposes, including enforcing the parties' settlement. Counsel are reminded that, if witnesses have been subpoenaed, every witness must be notified not to appear.

New Orleans, Louisiana, this 30th day of January, 2024.

BRANDON S. LONG
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 34.